# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| DRESSER-RAND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PETRÓLEOS DE VENEZUELA, S.A.,<br><br>Defendant. | C.A. No. 22-mc-00347-UNA |

## DECLARATION OF JORDAN W. SIEV

I, JORDAN W. SIEV, pursuant to 28 U.S.C. § 1746, hereby declare and state, under penalty of perjury under the laws of the United States of America, as follows:

1. I am a partner with the law firm Reed Smith LLP ("Reed Smith"), counsel for Plaintiff Dresser-Rand Company ("D-R") in the above-captioned action. I respectfully submit this declaration in support of D-R's Motion for an Order Authorizing a Writ of Attachment *Fieri Facias* (the "Motion").

2. I am providing notice of D-R's Motion to PDV Holding, Inc. ("PDVH") by sending or causing to be sent, on October 31, 2022, true and correct copies of the Motion and all supporting documents via hand delivery to PDVH's registered agent, Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801, and via FedEx and email to counsel for PDVH in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, C.A. No. 17 Misc. 151 (D. Del): (a) Kenneth J. Nachbar, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899, knachbar@morrisnichols.com; (b) Nathan P. Eimer, Eimer Stahl LLP, 224 South Michigan Ave, Suite 1100, Chicago, IL 60604, neimer@eimerstahl.com; (c) Lisa S. Meyer, Eimer Stahl LLP, 224 South Michigan Ave, Suite

1100, Chicago, IL 60604, lmeyer@eimerstahl.com; (d) Daniel D. Birk, Eimer Stahl LLP, 224 South Michigan Ave, Suite 1100, Chicago, IL 60604, dbirk@eimerstahl.com; (e) Gregory M. Schweizer, Eimer Stahl LLP, 224 South Michigan Ave, Suite 1100, Chicago, IL 60604, gschweizer@eimerstahl.com; (f) Michael J. Gottlieb, Willkie Farr & Gallagher LLP, 1875 K Street, NW, Washington, DC 20006, mgottlieb@willkie.com; (g) David J. L. Mortlock, Willkie Farr & Gallagher LLP, 1875 K Street, NW, Washington, DC 20006, dmortlock@willkie.com; and (h) Samuel G. Hall, Willkie Farr & Gallagher LLP, 1875 K Street, NW, Washington, DC 20006, shall@willkie.com.

3. I am providing notice of D-R's Motion to Petróleos de Venezuela, S.A. ("PDVSA") by sending or causing to be sent, on October 31, 2022, true and correct copies of the Motion and all supporting documents via email and FedEx to counsel for PDVSA in *Dresser-Rand Co. v. Petroleós De Venezuela, et al.*, No. 19-cv-02689 (S.D.N.Y.): (a) Dennis H. Tracey, III, Hogan Lovels US LLP, 390 Madison Avenue, New York, NY 10017, dennis.tracey@hoganlovells.com; (b) Richard C. Lorenzo, Hogan Lovels US LLP, 390 Madison Avenue, New York, NY 10017, richard.lorenzo@hoganlovells.com; and (c) Matthew A. Ducharme,  Hogan Lovels US LLP, 390 Madison Avenue, New York, NY 10017, matthew.ducharme@hoganlovells.com.

4. Attached as Exhibit 1 to this Declaration is D-R's proposed writ of attachment *fieri facias* directed to PDVH.

5. Attached as Exhibit 2 to this Declaration is D-R's proposed *praecipe* in support of its request that the Clerk of the Court issue the writ of attachment *fieri facias*.

6. Attached as Exhibit 3 is a true and correct copy of the judgment entered against PDVSA and in favor of D-R by the U.S. District Court for the Southern District of New York,

dated December 9, 2021, in the matter *Dresser-Rand Company v. Petroleos De Venezuela, S.A. et al*, No. 19-cv-02689 (S.D.N.Y.).

7. Since the judgment was entered, as far as I am aware, PDVSA has not made any effort to pay the amounts owed under the judgment. No representative of PDVSA has expressed any intention to pay the judgment to myself, my colleagues at Reed Smith, or to my knowledge, anyone at D-R.

8. Attached as Exhibit 4 to this Declaration is a true and correct copy of the Note Agreement dated January 20, 2017, between PDVSA, as Issuer, PDVSA Petróleo, S.A., as Guarantor, and D-R, as Initial Noteholder and Administrative Agent.and corresponding Note Agreement dated January 20, 2017 (the "Note Agreement").

9. Attached as Exhibit 5 to this Declaration is a true and correct copy of the corresponding Note to the Note Agreement.

10. Attached as Exhibit 6 to this Declaration is a true and correct screenshot of the "Entity Details" listed for PDV Holding, Inc. on the website of the Delaware Department of State: Division of Corporations Website, taken on October 20, 2022.

Dated: October 31, 2022

                                                                                                             /s/ *Jordan W. Siev*
                                                                                                                Jordan W. Siev