# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRESSER-RAND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PETRÓLEOS DE VENEZUELA, S.A.,<br><br>Defendant. | Case No. 22-mc-00347-UNA |

## [PROPOSED] STIPULATED ORDER

Upon review and consideration of Dresser-Rand Company's Motion for an Order Authorizing a Writ of Attachment *Fieri Facias* ("Plaintiff's Motion") and the accompanying materials submitted in support of Plaintiff's Motion, and in accordance with 28 U.S.C § 1610(c), Rule 69 of the Federal Rules of Civil Procedure, Local Rule 69.1, 10 *Del. C.* § 5031, 8 *Del. C.* § 324, and the Rules of the Delaware State Courts, it is hereby:

**ORDERED** that Plaintiff's Motion is **GRANTED** solely to the extent that the Court has granted similar relief to Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. (Misc. No. 19-342, D.I. 43), ConocoPhillips Gulf of Paria B.V. (Misc. No. 22-264, D.I. 20), and Red Tree Investments, LLC (Misc. Nos. 22-68, 22-69, D.I. 15), and subject to Petróleos de Venezuela, S.A.'s rights of appeal and the preservation of its objections as set forth in PDVSA's briefs in those cases and which are incorporated herein by reference.[1]

**ORDERED** that upon the Court's receipt of evidence that the U.S. Treasury Department's Office of Foreign Assets Control has either (i) authorized the issuance and service of a writ of

---

[1] *Phillips Petroleum Co. Venezuela Ltd. v. Petróleos de Venezuela, S.A.*, Misc. No. 19-342-LPS, D.I. 11, 33, 36 (D. Del.); *ConocoPhillips Gulf of Paria B.V. v. Corporación Venezolana del Petróleo, S.A.*, Misc. No. 22-264-LPS, D.I. 12 (D. Del.); *Red Tree Invs., LLC v. Petróleos de Venezuela, S.A.*, Misc. Nos. 22-68-LPS & 22-69-LPS, D.I. 10; 14 (D. Del.).

attachment or (ii) removed the sanctions under which the PDVH shares are currently blocked property, then the Clerk of this Court is authorized to affix its original signature and seal on Plaintiff's writ of *fieri facias*. The Clerk of Court is directed not to issue or serve the writ of attachment until further order of the Court.

SO ORDERED this 12th day of December, 2022.

_____
HONORABLE LEONARD P. STARK