# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRESSER-RAND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PETRÓLEOS DE VENEZUELA, S.A.,<br><br>Defendant. | C.A. No. 22-mc-00347-LPS |

## DRESSER-RAND COMPANY'S UNOPPOSED MOTION
## TO SUBSTITUTE SEIMENS ENERGY, INC. FOR DRESSER-RAND COMPANY
## AS PLAINTIFF AND REAL-PARTY-IN-INTEREST

Plaintiff Dresser-Rand Company, by its counsel, Reed Smith LLP, and through the accompanying Declaration of Jordan W. Siev, dated February 28, 2023, together with the exhibits annexed thereto, will move this Court for an order, pursuant to Federal Rule of Civil Procedure 25(c), substituting Siemens Energy, Inc. for Dresser-Rand Company as the plaintiff and real-party-in-interest in this action; amending the caption to reflect Siemens Energy, Inc. as the plaintiff; and granting such other and further relief as the Court deems just and proper. Defendant Petróleos de Venezuela, S.A. does not oppose this motion.

Dated:  February 28, 2023

Respectfully submitted,

REED SMITH LLP

/s/  *Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
1201 Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
brostocki@reedsmith.com

*Counsel for Plaintiff Dresser-Rand Company and Proposed Plaintiff Siemens Energy, Inc.*